IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DANIEL MANLEY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE NO. |
| v. | * | 3:18-CV-00461-HSM-HBG |
| | * | |
| SFS TRUCKING, INC., and | * | |
| SARLAK FARIBORZ, | * | |
| | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Daniel Manley, Defendant SFS Trucking, Inc., and Defendant Sarlak Fariborz, by special appearance only, by and through their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate the above-styled action should be dismissed, in its entirety, with prejudice. Plaintiffs and Defendants agree to bear their own attorneys' fees and costs associated with this action.

Respectfully submitted, this _6_ day of ~~April~~ August, 2020.

TRUCK WRECK JUSTICE, PLLC

BY: /S/ Danny R. Ellis
*TN Bar No. 020747*
Morgan G. Adams, *TN Bar No. 013693*
**Counsel for Plaintiff**
1419 Market Street
Chattanooga, Tennessee 37402
Telephone: (423) 265-2020
Fax: (423) 265-2025

4848-8520-5447.1

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

BY: /S/ Michael Denney,
*Michael Denney, TN Bar No. 037428* (admitted *pro hac vice*) (with express permission by Danny Ellis)
Brantley C. Rowlen, *TN Bar No. 029370*
**Counsel for Defendants**
1180 Peachtree Street – Suite 2900
Atlanta, Georgia 30309
Telephone: (404) 348-8585
Fax: (404) 467-8845